

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: DISH NETWORK L.L.C. AND ECHOSPHERE L.L.C., | § | No. 08-22-00022-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
|  | § |  |

**O R D E R**

Relators DISH Network L.L. C. and Echosphere L.L.C. have filed an emergency motion for a stay of all trial court and arbitration proceedings in Trial Court Cause No. 2016-DCV-2745 pending resolution of this mandamus action. The motion is GRANTED. All trial court and arbitration proceedings in this matter are stayed pending resolution of this mandamus action or further order of this Court.

Furthermore, the Court requests that the Real Party in Interest file a merits response to the Relators' mandamus petition within 30 DAYS of the date of this order.

IT IS SO ORDERED this 13th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.